IN THE UNITED STATES DISTRICT COURT
CENTRAL DIVISION DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD C. SZAJNER JR. and ) <br> KRISTINE E. SZAJNER ) <br>       Plaintiffs, ) <br>                                 ) <br>       v.                                 ) <br>                                 ) <br> NEW CENTURY MORTGAGE CORPORATION ) <br>  and HOMEQ SERVICING CORPORATION ) <br>       Defendants. ) <br> _____ ) | C.A. 05-40091 FDS |

### DISMISSAL STIPULATION

     Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiffs hereby dismiss their complaint against the Defendants, New Century Mortgage Corp. and HomeQ Servicing Corporation with prejudice.

                                             Edward C. Szajner Jr. and
                                             Kristine E. Szajner,
                                             By their attorney,

                                             /s/Christopher M. Lefebvre
                                             Claude Lefebvre, Christopher Lefebvre P.C.
                                             P.O. Box 479
                                             Pawtucket, RI  02862
                                             (401) 728-6060
                                             (401) 728-6534 (FAX)
                                             BBO# 629056

### CERTIFICATION OF SERVICE

     I hereby certify that on October 31, 2005, I electronically filed a Dismissal Stipulation using the CM/ECF System.  The following participants have received notice electronically: **n/a**; and I hereby certify that I have faxed and mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: **n/a**

                                             /s/Sarita Sasa